IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COMM 2006-C8 KAIWI STREET, LLC, a Hawaii Limited Liability Company,<br><br>             Plaintiff(s),<br><br>  vs.<br><br>FPA GOLD COAST ASSOCIATES, LLC; GREGORY A. FOWLER, TRUSTEE OF THE GREGORY A. FOWLER LIVING TRUST U/D/T 4/27/95; FIRST HAWAIIAN BANK; DAVID M. PETERS AND THOMAS K. KAULUKUKUI, JR., TRUSTEES OF LILIUOKALANI TRUST UNDER AN UNRECORDED TRUST INSTRUMENT MADE BY HER LATE MAJESTY QUEEN LILIUOKALANI DATED DECEMBER 2, 1909; JOHN DOES 1-10,<br><br>             Defendant(s).<br>_____ | CV 09-00400 SOM-KSC |

<u>ORDER ADOPTING MAGISTRATE'S<br>FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties

on April 7, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, April 30, 2010.



    /s/ Susan Oki Mollway
    Susan Oki Mollway
    Chief United States District Judge