IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COMM 2006-C8 KAIWI STREET, LLC, a Hawaii Limited Liability Company,<br><br>           Plaintiff,<br><br>  vs.<br><br>FPA GOLD COAST ASSOCIATES, LLC; GREGORY A. FOWLER, TRUSTEE OF THE GREGORY A. FOWLER LIVING TRUST U/D/T 4/27/95; FIRST HAWAIIAN BANK; DAVID M. PETERS AND THOMAS K. KAULUKUKUI, JR., TRUSTEES OF LILIUOKALANI TRUST UNDER AN UNRECORDED TRUST INSTRUMENT MADE BY HER LATE MAJESTY QUEEN LILIUOKALANI DATED DECEMBER 2, 1909; JOHN DOES 1-10 ,<br><br>           Defendants.<br>_____ | CV 09-00400 SOM-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on December 9, 2011 and served on all parties on December 12, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, December 28, 2011.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

COMM 2006-C8 Kaiwi Street, LLC v. FPA Gold Coast Associates, LLC, et al.; CV 09-00400 SOM-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION