IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| COMM 2006-C8 KAIWI STREET, LLC, a Hawaii limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>FPA GOLD COAST ASSOCIATES, LLC; GREGORY A. FOWLER, TRUSTEE OF THE GREGORY A. FOWLER LIVING TRUST U/D/T 4/27/95; FIRST HAWAIIAN BANK, DAVID M. PETERS AND THOMAS K. KAULUKUKUI, JR., TRUSTEES OF LILIUOKALANI TRUST UNDER AN UNRECORDED TRUST INSTRUMENT MADE BY HER LATE MAJESTY QUEEN LILIUOKALANI DATED DECEMBER 2, 1909; JOHN DOES 1-10,<br><br>　　　　　Defendants. | Civil No. 09-00400 SOM KSC (Foreclosure)<br><br>FINDINGS AND RECOMMENDATION TO APPROVE ADDITIONAL FEES AND EXPENSES FOR GUIDO GIACOMETTI IN HIS CAPACITY AS RECEIVER AND COMMISSIONER; AND ADDITIONAL ATTORNEYS' FEES AND COSTS FOR PAUL JOHNSON PARK & NILES, ATTORNEYS AT LAW, A LAW CORPORATION, AND THE LAW OFFICES OF COREY Y.S. PARK, A LIMITED LIABILITY LAW COMPANY, AS ATTORNEYS FOR GUIDO GIACOMETTI IN HIS CAPACITY AS RECEIVER AND COMMISSIONER |

FINDINGS AND RECOMMENDATION TO APPROVE
ADDITIONAL FEES AND EXPENSES
FOR GUIDO GIACOMETTI IN HIS CAPACITY AS RECEIVER
AND COMMISSIONER; AND ADDITIONAL ATTORNEYS' FEES
AND COSTS FOR PAUL JOHNSON PARK & NILES, ATTORNEYS AT
LAW, A LAW CORPORATION, AND THE LAW OFFICES OF
COREY Y.S. PARK, A LIMITED LIABILITY LAW COMPANY,
AS ATTORNEYS FOR GUIDO GIACOMETTI IN HIS

CAPACITY AS RECEIVER AND COMMISSIONER

Based on the STIPULATION FOR APPROVAL OF ADDITIONAL FEES AND EXPENSES FOR GUIDO GIACOMETTI IN HIS CAPACITY AS RECEIVER AND COMMISSIONER; AND ADDITIONAL ATTORNEYS' FEES AND COSTS FOR PAUL JOHNSON PARK & NILES, ATTORNEYS AT LAW, A LAW CORPORATION, AND THE LAW OFFICES OF COREY Y.S. PARK, A LIMITED LIABILITY LAW COMPANY, AS ATTORNEYS FOR GUIDO GIACOMETTI IN HIS CAPACITY AS RECEIVER AND COMMISSIONER, the Court hereby determines that the fees and costs requested by Receiver/Commissioner Guido Giacometti and his attorneys Paul Johnson Park & Niles, Attorneys at Law, A Law Corporation, and the Law Offices of Corey Y.S. Park, A Limited Liability Law Company, are fair and reasonable, and finds and ecommends that the district court approve the payment of fees and costs as follows:

For the Receiver:

    Balance for period 7/1/10 to 10/31/11:  **$1,387.50**
    Period 11/1/11 to completion:  **$1,916.67**

For the Commissioner:

    Period 8/1/10 to completion: **$1,369.66**

For PJPN:

    As counsel for the Receiver:

        Period 7/1/10 to 2/28/11: **$ 226.18**

    As counsel for the Commissioner:

        Period 8/1/10 to 11/10: **$4,285.87**

For LLLC:

    As counsel for the Receiver:

        Period 6/1/11 to 10/31/11: **$ 418.64**
        Period 11/1/11 to completion: **$1,020.94**

    As counsel for the Commissioner:

        Period 7/1/11 to completion: **$11,817.31**

IT IS SO FOUND AND REOMMENDED.

DATED: Honolulu, Hawaii, March 5, 2012.



_____
Kevin S.C. Chang
United States Magistrate Judge